UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NATHANIEL STORMS,

        Plaintiff,

                  9:05-CV-1115

  vs

PAUL HARRIMAN, R.N.; T. BROUSSEAU,
Inmate Grievance Supervisor; and MS. RATLIFF,
Inmate Grievance Supervisor,

        Defendants.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

APPEARANCES:           OF COUNSEL:

NATHANIEL STORMS
Plaintiff, *pro se*
02-A-1689
Attica Correctional Facility
Box 149
Attica, NY 14011

HON. ANDREW M. CUOMO       DEAN K. HIGGINS,. ESQ.
Attorney General of the         C. HARRIS DAGUE, ESQ.
 State of New York          Assts. Attorney General
Attorney for State Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

   Plaintiff, Nathaniel Storms, brought this civil rights action pursuant to 42 U.S.C.

§ 1983. By Report-Recommendation dated March 31, 2009, the Honorable David E.

Peebles, United States Magistrate Judge, recommended that defendants' motion for

summary judgment (Docket No. 56) be granted and that plaintiff's amended complaint be

dismissed in its entirety. The plaintiff has timely filed lengthy objections to the report-recommendation.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. The amended complaint is DISMISSED;

3. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

Dated:   August  4, 2009
         Utica, New York.

United States District Judge